

# Fourth Court of Appeals
## San Antonio, Texas

April 26, 2016

No. 04-15-00136-CV

Gerald **HARRINGTON**, M.D.,
Appellant

v.

Sandra **SCHROEDER** and Duane J. Ramos, Individually and as All Heirs to the Estate of
Sylvia Ramos, Deceased,
Appellees

From the 288th Judicial District Court, Bexar County, Texas
Trial Court No. 2014-CI-06284
Honorable John D. Gabriel, Jr., Judge Presiding

## O R D E R

Sitting:      Sandee Bryan Marion, Chief Justice
            Karen Angelini, Justice
            Marialyn Barnard, Justice
            Rebeca C. Martinez, Justice
            Patricia O. Alvarez, Justice
            Luz Elena Chapa, Justice
            Jason Pulliam, Justice

The court has considered the appellant's motion for en banc reconsideration, and the motion is DENIED.

_____
Rebeca C. Martinez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 26th day of April, 2016.

_____
Keith E. Hottle
Clerk of Court